**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 00-20397
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHELBY STOCKS,

Defendant - Appellant.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-99-CR-581-1

August 13, 2001

Before EMILIO M. GARZA, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See United States v. Farner*, 251 F.3d 510 (5th Cir. 2001).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.